# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JASON PARIS BARTHOLOMEW, | § | |
| *Plaintiff*, | § § § | |
| v. | § | CIVIL ACTION H-17-1084 |
| LAKEVIEW LOAN SERVICES, LLC, | § § § | |
| *Defendant*. | § | |

## ORDER

Pending before the court is a memorandum and recommendation ("M&R") entered by Magistrate Judge Nancy Johnson on October 31, 2017. Dkt. 15. The Magistrate Judge recommends dismissing plaintiff Jason Bartholomew's claims (Dkt. 1) for lack of subject-matter jurisdiction under the *Rooker-Feldman* doctrine. *Id.* Bartholomew did not file any objections to the M&R. After reviewing the M&R, the motion to dismiss, the response, and the applicable law, the court agrees with the Magistrate Judge that Bartholomew's claims should be dismissed. The court finds no clear error on the face of the record. Fed. R. Civ. P. 72(b), Advisory Comm. Note (1983). Accordingly, the M&R is ADOPTED IN FULL, and Bartholomew's claims are DISMISSED WITHOUT PREJUDICE. The court will enter a final judgment consistent with this order.

Signed at Houston, Texas on November 17, 2017.

_____
Gray H. Miller
United States District Judge